| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | MATTHEW P. KANNY (SBN: 167118) |
| 2 | mkanny@manatt.com |
| | CRAIG S. RUTENBERG (SBN: 205309) |
| 3 | crutenberg@manatt.com |
| | 11355 West Olympic Boulevard |
| 4 | Los Angeles, CA 90064-1614 |
| | Telephone: (310) 312-4000 |
| 5 | Facsimile: (310) 312-4224 |
| 6 | Attorneys for Plaintiff |
| 7 | AETNA INC. |
| 8 | THOMPSON COBURN LLP |
| | JEFFREY N. BROWN, CSB 105520 |
| 9 | jbrown@thompsoncoburn.com |
| | KACEY R. RICCOMINI, CSB 292340 |
| 10 | kriccomini@thompsoncoburn.com |
| | 2029 Century Park East, 19th Floor |
| 11 | Los Angeles, California 90067 |
| | Tel: 310.282.2500 / Fax: 310.282.2501 |
| 12 | THOMPSON COBURN LLP |
| | J. DAVID DUFFY, ISB 6242374 (*admitted pro hac vice*) |
| 13 | dduffy@thompsoncoburn.com |
| | CAROLINE PRITIKIN, ISB 6312215 (*admitted pro hac vice*) |
| 14 | cpritikin@thompsoncoburn.com |
| | 55 East Monroe Street, 37th Floor |
| 15 | Chicago, Illinois 60603 |
| | Tel: 312.346.7500 / Fax: 312.580.2201 |
| 16 | |
| 17 | Attorneys for Defendant |
| | WHATLEY KALLAS, LLP |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STATUS REPORT
CASE NO. 2:19-CV-03532

327338080.2

| | |
|---|---|
| AETNA INC., a Pennsylvania corporation<br><br>Plaintiff,<br><br>vs.<br><br>WHATLEY KALLAS, LLP, a Colorado limited liability partnership WHATLEY KALLAS, LLC, a Colorado limited liability company; and CONSUMER WATCHDOG, a California non-profit corporation,<br><br>Defendants. | CASE NO. 2:19-CV-03532-JFW-JEM<br><br>**JOINT STATUS REPORT** |

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

2

Joint Status Report
Case No. 2:19-cv-03532

327338080.2

Pursuant to the Court's July 9, 2019 Order Granting Defendants Whatley Kallas LLP's ("Whatley Kallas") and Consumer Watchdog's Motion to Stay (Dkt. No. 134), the parties submit this Joint Status Report regarding the status of the State Court Action.

The remittitur issued from the Court of Appeal to the trial court on November 16, 2020. A case management conference is scheduled for April 30, 2021. Aetna filed a First Amended Complaint ("FAC") on December 15, 2021. Whatley Kallas's demurrer to the FAC is scheduled for hearing on May 3, 2021; Consumer Watchdog's demurrer to the FAC is scheduled for hearing on May 17, 2021. All parties have served initial party discovery, and Whatley Kallas has served third-party discovery.

Consumer Watchdog has substituted counsel in the state court action and this action; however, Consumer Watchdog's new counsel, Garrett & Tully, P.C., has not yet filed a substitution in this action.

Dated: March 3, 2021          MANATT, PHELPS & PHILLIPS, LLP

By:   /s/ Matthew P. Kanny[1]

Matthew P. Kanny
*Attorneys for Plaintiff*
AETNA INC.

---

[1] Mr. Kanny attests per L.R. 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| 1 | Dated: March 3, 2021 | THOMPSON COBURN LLP |
| 2 | | |
| 3 | | By:      /s/ Jeffrey N. Brown |
| 4 | | JEFFREY N. BROWN |
| | | KACEY R. RICCOMINI |
| 5 | | J. DAVID DUFFY |
| 6 | | CAROLINE PRITIKIN |
| | | *Attorneys for Defendant* WHATLEY |
| 7 | | KALLAS, LLP |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

327338080.2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/ Regina Coprich
Regina Coprich

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Washington, DC

CERTIFICATE OF SERVICE

327041480.1