AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Aetna Inc. <br> *Plaintiff* <br> v. <br> Whatley Kallas, LLP, et al. <br> *Defendant* | ) ) ) ) ) ) ) Case No. 2:19-cv-03532-JFW-JEM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Consumer Watchdog

Date: 08/30/2022

*Attorney's signature*

Stephen J. Tully, SBN 112390
*Printed name and bar number*

Garrett & Tully, P.C.
4165 E. Thousand Oaks Blvd., Suite 201
Westlake Village, CA 91362

*Address*

stully@garrett-tully.com
*E-mail address*

(805) 446-4141
*Telephone number*

(805) 446-4135
*FAX number*