GOODWIN PROCTER LLP
MATTHEW P. KANNY (Bar No. 167118)
mkanny@goodwinlaw.com
520 Broadway, Suite 500
Santa Monica, CA 90401
Office: (424) 436-3001
Fax: (424) 316-3280

MANATT, PHELPS & PHILLIPS, LLP
CRAIG S. RUTENBERG (SBN: 205309)
crutenberg@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

Attorneys for Plaintiff
AETNA INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| AETNA INC., a Pennsylvania corporation<br><br>Plaintiff,<br><br>vs.<br><br>WHATLEY KALLAS, LLP, a Colorado limited liability partnership WHATLEY KALLAS, LLC, a Colorado limited liability company; and CONSUMER WATCHDOG, a California non-profit corporation,<br><br>Defendants. | CASE NO. 2:19-CV-03532-JFW-JEM<br><br>**JOINT STATUS REPORT** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

401414038.1

JOINT STATUS REPORT
CASE NO. 2:19-CV-03532

Pursuant to the Court's July 9, 2019 Order Granting Defendants Whatley Kallas LLP's ("Whatley Kallas") and Consumer Watchdog's Motion to Stay (Dkt. No. 134), the parties submit this Joint Status Report regarding the status of the State Court Action.

The remittitur issued from the Court of Appeal to the trial court on November 16, 2020. On July 1, 2021, the Court issued its order overruling Defendants' demurrers. Aetna, Whatley Kallas, and Consumer Watchdog participated in a mediation on February 9, 2022.

On March 1, 2022, Whatley Kallas filed its Cross-Complaint for equitable indemnity and declaratory relief against Gibson, Dunn & Crutcher, Inc. ("Gibson"), KCC Class Action Services, Kurtzman Carson Consultants, LLC, and Computershare Communication Services, Inc (together, "the KCC Cross-Defendants"). All Cross-Defendants each filed demurrers, which were heard on August 22, 2022. On September 1, 2022, the trial court sustained Gibson's demurrer without leave to amend, and dismissed all claims against Gibson. On September 1, 2022, the trial court sustained in part and overruled in part the KCC Cross-Defendants' demurrers.

On November 23, 2022, Whatley Kallas filed a Notice of Appeal regarding the trial court's order dismissing Whatley Kallas's claims against Gibson. On December 13, 2022, the KCC Cross-Defendants filed a Motion for Determination of Good Faith Settlement, which is currently set for hearing on February 14, 2023, and a Motion for Stay Pending Determination of Good Faith Settlement, which is currently set for hearing on March 1, 2023.

Discovery is ongoing. The parties are meeting and conferring regarding deposition dates. The Final Status Conference is currently set for April 20, 2023, and trial is currently set to begin on May 1, 2023.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

401414038.1

| | | |
|---|---|---|
| 1 | Dated: January 4, 2023 | GOODWIN PROCTER LLP |
| 2 | | MANATT, PHELPS & PHILLIPS, LLP |

By:    /s/ Craig S. Rutenberg[1]
       Craig S. Rutenberg
       *Attorneys for Plaintiff*
       AETNA INC.

Dated: January 4, 2023      THOMPSON COBURN LLP

By:    /s/ Jeffrey N. Brown
       JEFFREY N. BROWN
       KACEY R. RICCOMINI
       J. DAVID DUFFY
       CAROLINE PRITIKIN
       *Attorneys for Defendant* WHATLEY KALLAS, LLP

Dated: January 4, 2023      GARRETT & TULLY, p.C.

By:    /s/ Brian W. Ludeke
       Brian W. Ludeke
       *Attorneys for Defendant* CONSUMER WATCHDOG

---

[1] Mr. Rutenberg attests per L.R. 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2023, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/ Marla Chung
Marla Chung

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Los Angeles

3

401414038.1