GOODWIN PROCTER LLP
MATTHEW P. KANNY (Bar No. 167118)
mkanny@goodwinlaw.com
520 Broadway, Suite 500
Santa Monica, CA 90401
Office: (424) 436-3001
Fax: (424) 316-3280

MANATT, PHELPS & PHILLIPS, LLP
CRAIG S. RUTENBERG (SBN: 205309)
crutenberg@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Plaintiff
AETNA INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| AETNA INC., a Pennsylvania corporation<br><br>Plaintiff,<br><br>vs.<br><br>WHATLEY KALLAS, LLP, a Colorado limited liability partnership WHATLEY KALLAS, LLC, a Colorado limited liability company; and CONSUMER WATCHDOG, a California non-profit corporation,<br><br>Defendants. | CASE NO. 2:19-CV-03532-JFW-JEM<br><br>**JOINT STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE** |

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

401414038.1

JOINT STIPULATION
CASE NO. 2:19-CV-03532

1    WHEREAS, Plaintiff Aetna Inc. filed this action in the United States District Court for the Eastern District of Pennsylvania on May 23, 2018.

Whereas this action was transferred to the United States District Court for the Central District of California on March 29, 2019 (Dkt. No. 66.)

Whereas, the parties have entered into a confidential settlement agreement that resolves the claims at issue in this case;

Whereas pursuant to their agreement, the parties jointly request that the Court enter an order dismissing Plaintiff's First Amended Complaint in this action in its entirety, with prejudice.

SO STIPULATED


Dated: October 17, 2023       GOODWIN PROCTER LLP
                              MANATT, PHELPS & PHILLIPS, LLP


                              By:   /s/ Craig S. Rutenberg[1]
                                    Craig S. Rutenberg
                                    *Attorneys for Plaintiff*
                                    AETNA INC.

---

[1] Mr. Rutenberg attests per L.R. 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| 1 | Dated: October 17, 2023 | THOMPSON COBURN LLP |
| 2 | | |
| 3 | | By:      /s/ Jeffrey N. Brown |
| 4 | | JEFFREY N. BROWN |
| | | KACEY R. RICCOMINI |
| 5 | | J. DAVID DUFFY |
| 6 | | CAROLINE PRITIKIN |
| | | *Attorneys for Defendant* WHATLEY |
| 7 | | KALLAS, LLP |
| 8 | | |
| 9 | Dated: October 17, 2023 | GARRETT & TULLY, p.C. |
| 10 | | |
| 11 | | By:      /s/ Brian W. Ludeke |
| 12 | | Brian W. Ludeke |
| 13 | | *Attorneys for Defendant* CONSUMER WATCHDOG |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

401414038.1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 17, 2023, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                     /s/ Regina Coprich
                     Regina Coprich

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

3

401414038.1